## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

VICTOR PHOMMASONE,

                 Plaintiff,

vs.

LIBERTY MUTUAL INSURANCE
COMPANY, AUTO TRUCK
TRANSPORT USA, INC. f/k/a AUTO
TRUCK TRANSPORT CORP and
RUDOLF THOMAS YAKICH,

                 Defendants.

**JURY TRIAL DEMANDED**

CIVIL ACTION
FILE NO.  1:09-CV-0686_____

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Evan L. Kaine of the law firm of Kaine & Jones, LLC, and hereby files this Notice of Appearance as Co-Counsel for the plaintiff in the above-captioned matter.

This 2nd day of April, 2009.

                 KAINE & JONES, LLC.

         By:  */s/ Evan L. Kaine*
              EVAN L. KAINE
              Georgia Bar No. 406036
              Attorneys for Plaintiff

3355 Lenox Road
Suite 850
Atlanta, Georgia 30326
Phone:  (404) 214-2001
Fax: (404) 214-1774

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1B. This brief has been prepared in Times New Roman font, 14 point.

By: ____ */s/ Evan L. Kaine*
        EVAN L. KAINE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

Michael L. Goldberg
John A. Houghton
FRIED ROGERS GOLDBERG LLC
3399 Peachtree Road, N.E.
Suite 325
Atlanta, Georgia 30326

This 2nd day of April, 2009.

*/s/ Evan L. Kaine*
EVAN L. KAINE