IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VICTOR PHOMMASONE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION FILE NO.: |
| | : 1 09-CV-0686-TCB |
| LIBERTY MUTUAL INSURANCE, | : |
| COMPANY, AUTO TRUCK | : |
| TRANSPORT USA, INC. f/k/a | : |
| AUTO TRUCK TRANSPORT CORP | : |
| and RUDOLPH THOMAS YAKICH | : |
| | : |
| Defendants. | : |

## JOINT PRELIMINARY REPORT AND DISCOVERY PLAN

COMES NOW, Plaintiff Victor Phommasone and Defendants Liberty Mutual Insurance Company, Auto Truck Transport USA, Inc., f/k/a Auto Truck Transport Corp, and Rudolph Thomas Yakich (collectively "Defendants"), by and through undersigned counsel, to file this Joint Preliminary Planning Report and Discovery Plan, and shows this Honorable Court as follows:

1. **Description of Case:**

    (a)  Describe briefly the nature of this action.

(b) The parties (X) do not consent to having this case tried before a magistrate judge of this Court.

Respectfully submitted this 6th day of May, 2009.

/s/ John A. Houghton
Michael Goldberg
State Bar of Georgia #299472
John A. Houghton
State Bar of Georgia #118206
For Fried, Rogers, Goldberg
Evan L Kaine
State Bar of Georgia #406036
For Kaine & Jones
Attorneys for Plaintiff

/s/ W. Winston Briggs
W. Winston Briggs
State Bar of Georgia #081653
Jan M. Seanor
State Bar of Georgia #076229
For Decker, Hallman, Barber & Briggs
Attorneys for Defendants

APPROVED this 21st day of July, 2009

_____
Timothy C. Batten, Sr.
United States District Judge